Martin K. Banks (#5443)
martin.banks@stoel.com
Jason T. Morgan (*pro hac vice pending*)
jason.morgan@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131

Attorneys for Intervenor-Defendant
Enefit American Oil Co.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIVING RIVERS; GRAND CANYON TRUST; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; WATERKEEPER ALLIANCE, INC.; COLORADO RIVERKEEPER; and UTAH PHYSICIAN FOR A HEALTHY ENVIRONMENT;<br><br>            Plaintiffs,<br><br>v.<br><br>DAVID BERHARDT, Secretary of the Interior; JOSEPH BALASH, Assistant Secretary for Land and Mineral Management; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF LAND MANAGEMENT; U.S. FISH & WILDLIFE SERVICE; and LARRY CRIST, Field Supervisor of the U.S. Fish & Wildlife Service's Utah Field Office;<br><br>            Federal Defendants,<br><br>ENEFIT AMERICAN OIL CO.,<br><br>            Intervenor-Defendant. | **INTERVENOR-DEFENDANT ENEFIT AMERICAN OIL CO.'S STATEMENT DENYING ARBITRARY OR CAPRICIOUS ACTION**<br><br>Civil No. 4:19-CV-00041-DN-PK<br><br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-4(a)(2), Intervenor-Defendant Enefit American Oil Co. ("Enefit") submits this Statement Denying Arbitrary or Capricious Action in response to Plaintiffs' complaint for declaratory and injunctive relief, (ECF No. 2). Intervenor-Defendant Enefit joins with the Federal Defendants and denies that the decisions of the Federal Defendants approving and issuing the rights-of-way across federal public land violated or violate either the National Environmental Policy Act, the Endangered Species Act, or their implementing regulations. Intervenor-Defendant Enefit also joins with the Federal Defendants and denies that the decisions of the Federal Defendants were or are arbitrary or capricious or abuses of discretion, denies that the decisions were or are not supported by substantial evidence; and denies that the decisions were or are not in accordance with law, as Plaintiffs allege. *See* Complaint ¶¶ 34, 35, 36, 38, 39, 40, 42, 45, 46, 47 and 48. Intervenor-Defendant Enefit further joins with Federal Defendants and denies that Plaintiffs are entitled to any relief sought in the complaint. Consequently, Intervenor-Defendant Enefit denies that Plaintiffs have stated a claim for relief.

                Respectfully submitted,

Dated: August 2, 2019        STOEL RIVES LLP

        By:    /s/ Martin K. Banks
              MARTIN K. BANKS
              JASON T. MORGAN
              Attorneys for Intervenor Defendant
              Enefit American Oil Co.

# CERTIFICATE OF SERVICE

I certify that on August 2, 2019, I filed a copy of the foregoing document with the Clerk of the Court for the U.S. District Court of Utah by using the CM/ECF system. Participants in this Case No. 4:19-CV-00041-DN-PK who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| **Heidi J. McIntosh**<br>**Alex Hardee**<br>**Michael Hiatt**<br>Earthjustice<br>633 17th Street Suite 1600<br>Denver, CO 80202<br>hmcintosh@earthjustice.org<br>ahardee@earthjustice.org<br>mhiatt@earthjustice.org | **Caitlin Cipicchio**<br>U.S. Department of Justice, ENRD<br>601 D Street, NW<br>Washington, DC 20579<br>caitlin.cipicchio@usdoj.gov |
| **Michael S. Toll**<br>Grand Canyon Trust<br>4404 Alcott Street<br>Denver, CO 80211<br>mtoll@grandcanyontrust.org | **Rickey Turner**<br>U.S. Department of Justice, ENRD<br>601 D Street, NW<br>Washington, DC 20579<br>rickey.turner@usdoj.gov |
| **Edward B. Zukoski**<br>Center For Biological Diversity<br>1536 Wynkoop Street Suite 421<br>Denver, CO 80202<br>tzukoski@biologicaldiversity.org | |

/s/ *Martin K. Banks*
Martin K. Banks
Jason T. Morgan

Attorneys for Intervenor-Defendant
Enefit American Oil Co.