Martin K. Banks (#5443)
martin.banks@stoel.com
Jason T. Morgan (*pro hac vice pending*)
jason.morgan@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131

Attorneys for Intervenor-Defendant
Enefit American Oil Co.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIVING RIVERS; GRAND CANYON TRUST; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; WATERKEEPER ALLIANCE, INC.; COLORADO RIVERKEEPER; and UTAH PHYSICIAN FOR A HEALTHY ENVIRONMENT;<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERHARDT, Secretary of the Interior; JOSEPH BALASH, Assistant Secretary for Land and Mineral Management; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF LAND MANAGEMENT; U.S. FISH & WILDLIFE SERVICE; and LARRY CRIST, Field Supervisor of the U.S. Fish & Wildlife Service's Utah Field Office;<br><br>Federal Defendants,<br><br>ENEFIT AMERICAN OIL CO.,<br><br>Intervenor-Defendant. | **INTERVENOR-DEFENDANT ENEFIT AMERICAN OIL CO.'S AMENDED STATEMENT DENYING ARBITRARY OR CAPRICIOUS ACTION**<br><br>Civil No. 4:19-CV-00041-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-4(a)(2), Intervenor-Defendant Enefit American Oil Co. ("Enefit") submits this Amended Statement Denying Arbitrary or Capricious Action in response to Plaintiffs' Amended and Supplemental Complaint for Declaratory and Injunctive relief, (ECF No. 61). Intervenor-Defendant Enefit joins with the Federal Defendants and denies that the decision of the Federal Defendants approving and issuing the rights-of-way across federal public land, or any part thereof, violated or violates either the National Environmental Policy Act, the Endangered Species Act, or their implementing regulations. Intervenor-Defendant Enefit also joins with the Federal Defendants and denies that the decision of the Federal Defendants was or is arbitrary or capricious or an abuse of discretion, denies that the decision was or is not supported by substantial evidence; and denies that the decision was or is not in accordance with law, as Plaintiffs allege. *See* Complaint ¶¶ 37, 38, 39, 40, 41, 42, 43, 44, 47, 48, 49, 50, 51, 52 and 53. Intervenor-Defendant Enefit further joins with Federal Defendants and denies that Plaintiffs are entitled to any relief sought in the Amended and Supplemental Complaint. Consequently, Intervenor-Defendant Enefit denies that Plaintiffs have stated a claim for relief.

Respectfully submitted,

Dated: March 10, 2020

STOEL RIVES LLP

By:   /s/ Martin K. Banks
     MARTIN K. BANKS
     JASON T. MORGAN
     Attorneys for Intervenor Defendant
     Enefit American Oil Co.

105482358.1 0045711-00009

**CERTIFICATE OF SERVICE**

I certify that on March 10, 2020, I filed a copy of the foregoing document with the Clerk of the Court for the U.S. District Court of Utah by using the CM/ECF system. Participants in this Case No. 4:19-CV-00041-DN-PK who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| **Heidi J. McIntosh**<br>**Alex Hardee**<br>**Michael Hiatt**<br>Earthjustice<br>633 17th Street Suite 1600<br>Denver, CO 80202<br>hmcintosh@earthjustice.org<br>ahardee@earthjustice.org<br>mhiatt@earthjustice.org | **Caitlin Cipicchio**<br>U.S. Department of Justice, ENRD<br>601 D Street, NW<br>Washington, DC 20579<br>caitlin.cipicchio@usdoj.gov |
| **Michael S. Toll**<br>Grand Canyon Trust<br>4404 Alcott Street<br>Denver, CO 80211<br>mtoll@grandcanyontrust.org | **Rickey Turner**<br>U.S. Department of Justice, ENRD<br>601 D Street, NW<br>Washington, DC 20579<br>rickey.turner@usdoj.gov |
| **Edward B. Zukoski**<br>Center For Biological Diversity<br>1536 Wynkoop Street Suite 421<br>Denver, CO 80202<br>tzukoski@biologicaldiversity.org | |

/s/ *Martin K. Banks*
Martin K. Banks
Jason T. Morgan

Attorneys for Intervenor-Defendant
Enefit American Oil Co.