Heidi McIntosh (Utah State Bar No. 6277)
Michael Hiatt *(admitted pro hac vice)*
Alex Hardee *(admitted pro hac vice)*
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
hmcintosh@earthjustice.org
mhiatt@earthjustice.org
ahardee@earthjustice.org
303-623-9466

*Attorneys for Living Rivers, Grand Canyon Trust, Center for Biological Diversity, Natural Resources Defense Council, Sierra Club, Waterkeeper Alliance, Inc., Colorado Riverkeeper, and Utah Physicians for a Healthy Environment*

Michael Toll *(admitted pro hac vice)*
Grand Canyon Trust
4404 Alcott Street
Denver, CO 80211
mtoll@grandcanyontrust.org
303-309-2165

*Attorney for Grand Canyon Trust*

Edward B. Zukoski *(admitted pro hac vice)*
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
tzukoski@biologicaldiversity.org
303-641-3149

*Attorney for Center for Biological Diversity*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LIVING RIVERS, *et al.*, | ) |
| | ) **PLAINTIFFS' UNOPPOSED** |
| | ) **MOTION FOR EXTENSION AND** |
| Plaintiffs, | ) **MODIFICATION OF** |
| v. | ) **SCHEDULING ORDER** |
| | ) |
| DAVID BERNHARDT, *et al.*, | ) No. 4:19-cv-00041-DN-PK |
| | ) |
| Federal Defendants, | ) Judge David Nuffer |
| | ) Magistrate Judge Paul Kohler |
| ENEFIT AMERICAN OIL CO., | ) |
| | ) |
| Intervenor-Defendant | ) |

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiffs request an extension of time of two weeks, to June 17, 2020, to file their Opening Brief. Because Plaintiffs advised Federal Defendants of objections to the administrative record, but opted not to file a motion to complete the record, the current deadline for Plaintiffs' Opening Brief is June 3, 2020, based on the Court's Scheduling Order. [ECF No. 54](#) ¶ 8 (Jan. 27, 2020). Plaintiffs' counsel has conferred with counsel for Federal Defendants and Intervenor-Defendant Enefit, neither of whom oppose this motion.

In support of this motion, counsel note that the ongoing COVID-19 pandemic has caused significant professional and personal challenges for Plaintiffs' counsel, which has resulted in unavoidable work-flow delays. Additionally, following Plaintiffs' objections to the administrative records as initially served, Federal Defendants added a significant number of new documents to the records, which required extra time to review before filing the Opening Brief.

Because extending Plaintiffs' Opening Brief deadline would impact subsequent briefing deadlines, the parties have agreed to adjust the subsequent briefing deadlines as well, including an additional period of time of time for Federal Defendants' Answer Brief to accommodate their counsel's briefing schedule in another matter and planned personal leave. Plaintiffs are requesting, and Federal Defendants and Intervenor-Defendant agree to, entry of a scheduling order modifying the current schedule as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Plaintiffs' Opening Brief | June 3, 2020 | June 17, 2020 |
| Federal Defendants' Answer Brief | July 8, 2020 | August 5, 2020 |
| Intervenor-Defendant's Answer Brief | July 22, 2020 | August 19, 2020 |
| Plaintiffs' Reply Brief | August 12, 2020 | September 9, 2020 |

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order modifying the current scheduling order as set forth in the table above and in the accompanying proposed order.

DATED May 27, 2020.    Respectfully submitted,

*/s/ Alex Hardee*
Heidi McIntosh
Michael Hiatt
Alex Hardee
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
303-623-9466
hmcintosh@earthjustice.org
mhiatt@earthjustice.org
ahardee@earthjustice.org

*Attorneys for Living Rivers, Grand Canyon Trust, Center for Biological Diversity, Natural Resources Defense Council, Sierra Club, Waterkeeper Alliance, Inc., Colorado Riverkeeper, and Utah Physicians for a Healthy Environment*

Michael Toll
Grand Canyon Trust
4404 Alcott Street
Denver, CO 80211
303-309-2165
mtoll@grandcanyontrust.org

*Attorney for Grand Canyon Trust*

Edward B. Zukoski
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
303-641-3149
tzukoski@biologicaldiversity.org

*Attorney for Center for Biological Diversity*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record on May 27, 2020.

> */s/ Alex Hardee*
> Alex Hardee