Richard R. Hall (9856)
Mark Benjamin Machlis (12585)
Alison D. Garner (9988)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111
Telephone: (801) 933-7360
hall.richard@dorsey.com
machlis.ben@dorsey.com
garner.alison@dorsey.com
*Attorneys for Intervenor-Defendant*
*Enefit American Oil Co.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIVING RIVERS; GRAND CANYON TRUST; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; WATERKEEPER ALLIANCE, INC.; COLORADO RIVERKEEPER; and UTAH PHYSICIAN FOR A HEALTHY ENVIRONMENT, <br><br>    Plaintiffs, <br><br>v. <br><br>DEBRA HAALAND, Secretary of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. DEPARTMENT OF THE INTERIOR: U.S. BUREAU OF LAND MANAGEMENT; U.S. FISH & WILDLIFE SERVICE; LARRY CRIST, Field Supervisor of the U.S. Fish & Wildlife Service's Utah Field Office; and CASEY HAMMOND, Acting Assistant Secretary for Land and Minerals Management; <br><br>    Defendants, <br><br>and ENEFIT AMERICAN OIL CO.; <br><br>    Intervenor-Defendant. | **NOTICE OF SUBSTITUTION OF COUNSEL** <br><br> Civil No. 4:19-cv-00041-DN-PK <br><br> Judge David Nuffer <br><br> Magistrate Judge Paul Kohler |

Under DUCivR 83-1.4(a), Intervenor-Defendant Enefit American Oil Co, substitutes Mark Benjamin Machlis and Alison D. Garner of Dorsey & Whitney LLP, as its counsel of record in the above-captioned case, replacing Jason T. Morgan of Stoel Rives LLP.

Copies of all future pleadings, orders, notices and records should be served upon the following:

> Mark Benjamin Machlis
> Alison D. Garner
> DORSEY & WHITNEY LLP
> 111 South Main Street, Suite 2100
> Salt Lake City, Utah 84111
> Telephone: (801) 933-7360
> Email: machlis.ben@dorsey.com
> garner.alison@dorsey.com

Dorsey & Whitney, LLP hereby certifies it will comply with all existing hearing schedules and deadlines in this case.

DATED this 2nd day of March, 2023.

       DORSEY & WHITNEY LLP

       By: _/s/Alison D. Garner_
         Richard R. Hall
         Mark Benjamin Machlis
         Alison D. Garner
         *Attorneys for Enefit American Oil Co.*

DATED this 2nd day of March, 2023.

       STOEL RIVES LLP

       By: _/s/Jason T. Morgan (with permission)_
         Jason T. Morgan (*admitted pro hac vice*)